RECEIVED
UNITED STATES MARSHAL
9:26 am, Jun 25 2026
WESTERN NORTH CAROLINA
ASHEVILLE

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   0419 1:10CR00067 - 002 |
| | ) | |
| | ) | |
| Joseph Abdul Hendrix | ) | |
| Defendant | ) | |

FILED
Asheville
7/24/2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Joseph Abdul Hendrix ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☒ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: June 24, 2026

City and state:     Asheville, NC

W. Carleton Metcalf
United States Magistrate Judge

| Return |
|---|

This warrant was received on (date) 06 | 25 | 26 and the person was arrested on (date) 07/22/26
at (city and state) Asheville, NC .

Date:    7/24/2026

*Arresting officer's signature*

Justin Skogo Dsm
*Printed name and title*